**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DREWYN HURST,

      Plaintiff,

    v.

JASON BOHANNON, et al.,

      Defendants.

CIVIL ACTION NO.: 5:24-cv-90

**O R D E R**

    I held a telephonic status conference with the parties on March 11, 2026.  On the call, the parties stated that they have entered into a settlement agreement that will resolve this case.  The parties explained that they do not know how much time they need to finalize the settlement agreement.  Thus, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case until further order from the Court.  To reopen the case, any party may make a motion with the Court.  The Court further **ORDERS** the parties to submit a status update when they have sufficiently satisfied the requirements in the settlement agreement, such that this case can be dismissed.

    **SO ORDERED**, this 13th day of March, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA